# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2024-0007**
Taylor Rhea Sanders v. State of Alabama (Appeal from Lee Circuit Court:  CC-20-634)

# <u>NOTICE</u>

You are hereby notified that on December 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk